# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| Elizabeth Coates and Olivia Dahl,<br><br>    Plaintiffs,<br>    v.<br><br>Crestview Management, LLC dba Marriot Hilton Head Resort and Spa,,<br><br>    Defendant. | Case No. 9:22-cv-04024-RMG<br><br>**ORDER AND OPINION** |

This matter is before the Court on Defendant's unopposed motion to compel (Dkt. No. 18). For the reasons set forth below, the Court grants the motion.

On December 8, 2020, Plaintiffs served its First Set of Interrogatories and Document Requests on Defendant. (Dkt. No. 18 at 1). Defendant did not respond to these requests. (*Id.*) Plaintiff served a Deficiency Letter on Defendant on May 26, 2023. (*Id.*) At the time of the filing of this motion, Defendant still had not responded to Plaintiffs' discovery requests. (*Id.*)

Pursuant to Fed. R. Civ. P. 37, "a party seeking discovery may move for an order compelling an answer, designation, production, or inspection if, inter alia, the party to whom the discovery was directed failed to produce documents or to permit inspection, or respond that inspection will be permitted as requested under Rule 34." Fed. R. Civ. P. 37(a)(3)(B)(iv). "[A]n evasive or incomplete disclosure, answer, or response must be treated as a failure to disclose, answer, or respond." Fed. R. Civ. P. 37(a)(4).

Defendant has not met its discovery obligations, and the Court finds that Defendant has failed to respond to Plaintiffs' requests. Accordingly, and because the motion is unopposed, the Court **GRANTS** Plaintiffs' motion to compel. (Dkt. No. 10). Defendant is **DIRECTED** to respond

1

Plaintiffs' Interrogatories and produce responsive documents to Plaintiffs' Document Requests no later than 15 days from the date of this order.

s/ Richard Mark Gergel  
Richard Mark Gergel  
United States District Judge

June 23, 2023  
Charleston, South Carolina